# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**SARA CRECCA,**

    **Plaintiff,**

**v.**                                                                                No. 17-cv-1243 MV/SMV

**WALGREENS,**

    **Defendant.**

## ORDER TO FILE CLOSING DOCUMENTS

THIS MATTER is before the Court on notification by defense counsel that a settlement was reached in this matter at the private mediation held on April 30, 2018.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **June 6, 2018,** absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**