IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SARA CRECCA as next
friend of H.S., and M.S.

      Plaintiffs,

vs.                         No. 1:17-cv-01243-MV-SMV

WALGREENS,

      Defendant.

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiffs and Defendant, by and through their respective counsel of record, hereby jointly move for dismissal of all claims made or which could have been made by Plaintiffs against Defendant, with the parties to bear their own costs and fees. As grounds for this Motion, the parties state that all matters have been amicably resolved between them and there remain no issues for determination by this Court.

WHEREFORE, for the foregoing reasons, Plaintiffs and Defendant request the Court enter an Order dismissing this case in its entirety with prejudice, with the parties to bear their own costs and fees.

      Respectfully Submitted,

      LAW OFFICE OF ALEXANDRA FREEDMAN SMITH

      By: *Approved via e-mail on 5.18.18*
      Alexandra Freedman Smith
      925 Luna Cir. NW
      Albuquerque, NM 87102
      asmith@smith-law-nm.com

      Erin Armstrong
      ACLU of New Mexico
      P.O. Box 566
      Albuquerque, NM 87103-0566
      earmstrong@aclu-nm.org

>Laura Schauer Ives
>Kennedy Kennedy & Ives
>1000 Second St. NW
>Albuquerque, NM 87102
>lsi@civilrightslaw.com

>*Attorneys for Plaintiffs*

>MODRALL, SPERLING, ROEHL, HARRIS
>   & SISK, P.A.

>By: */s/ Jennifer A. Noya*
>    Jennifer A. Noya
>    500 Fourth Street NW, Suite 1000 (87102)
>    P.O. Box 2168
>    Albuquerque, New Mexico  87103-2168

>*Attorneys for Defendant*

WE HEREBY CERTIFY that on the 24th day of May, 2018, we filed the foregoing electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By: */s/ Jennifer A. Noya*
    Jennifer A. Noya

*W3196729.DOCX*

2